UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LYMON HENSON,

        Petitioner,        2:12-cv-1353-AA

    v.                            ORDER

MARK NOOTH,

        Respondent.

AIKEN, District Judge.

    Petitioner's Motion for Reconsideration (#92) is allowed. However, upon reconsideration, the court's previous Order (#90) denying petitioner's Petition (#1) is affirmed.

    Petitioner's alternative request to amend his petition is denied.

    DATED this 27 day of November, 2015.

                                Ann Aiken
                                United States District Judge

1 - ORDER